SEARCH WARRANT (REV. 3/13)

# UNITED STATES DISTRICT COURT
## for the District of Arizona

*In the Matter of the Search of*
(Briefly describe the property to be searched or identify the person by name and address)

One black LG cellular telephone seized from Luis Salvador FLORES on November 17, 2020 in Tucson, Arizona subsequent to his arrest

USAO#: 2020R13244

No. **20-09043MB**

SEARCH WARRANT

TO: Any authorized law enforcement officer

Application and Affidavit having been made before me by a federal law enforcement officer, requesting the search of the following ☐ person or ☒ premises known as *(name, description and/or location)*:

**See Attachment A.I., attached and incorporated by reference herein**

located in the District of Arizona is believed to conceal *(identify the person or describe the property to be seized)*:

**See Attachment A.II., attached and incorporated by reference herein**

I find that the affidavit(s), and/or any recorded testimony, establish probable cause to search and seize the person or property described.

YOU ARE COMMANDED to execute this warrant on or before ___14 days___
(not to exceed 14 days)

☒ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night as I find reasonable cause has been established.

You must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to the United States Magistrate Judge who authorized this warrant.

Sworn to before me and signed telephonically.

___December 11, 2020  12:53pm___
Date & Time Issued

Tucson, Arizona
City and State

Judge's signature
D. Thomas Ferraro, United States Magistrate Judge
Printed name and title

SEARCH WARRANT RETURN (REV. 03/13)

# RETURN

Case No.: **20-09043MB**

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
|  |  |  |

INVENTORY MADE IN THE PRESENCE OF

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

## NOT EXECUTED

☐ This Warrant was Not Executed.
(check this box if the warrant was never executed and leave the sections above blank.)

## CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned to the designated judge.

Date: _____

_____
Executing Officer's Signature

_____
Printed Name and Title

## ATTACHMENT A

### I. Property to be Searched

The property to be searched is as follows:

    a. One black LG cellular telephone seized from Luis Salvador FLORES on November 17, 2020 in Tucson, Arizona subsequent to his arrest (the **Target Device**).

The **Target Device** is currently located at the Drug Enforcement Administration Tucson District Office non-drug storage facility in Tucson, Arizona.

### II. Items to Be Seized

1. All records on the **Target Device** that relate to drug trafficking in violation of 21 U.S.C. §§ 841, 843(b) and 846; and federal firearms-related offenses, including violations of 18 U.S.C. §§ 922(g) and 924(c); and that further involve FLORES since May 1, 2020, including:

    a. lists of drug customers and related identifying information;

    b. identities of persons involved in any capacity in the purchase, sale, importation or distribution of controlled substances;

    c. types, amounts, and prices of drugs trafficked as well as dates, places, and amounts of specific transactions;

    d. types and amounts of money obtained, received, exchanged, deposited, withdrawn, or delivered as well as dates, places, exchange rates, and amounts of specific transactions;

    e. any information related to sources of money or drugs (including names, addresses, phone numbers, or any other identifying information) or the destination or individuals to whom money or drugs were to be delivered (including names, addresses, phone numbers, or any other identifying information);

    f. any information related to the facilitators or coordinators of drug trafficking events (including names, addresses, phone numbers, or any other identifying information);

16

g. information pertaining to any vehicles used to transport money or drugs;

h. information pertaining to any buildings or structures used to store drugs or money;

i. any information recording FLORES's schedule or travel, including GPS data, from November 1, 2020 through November 17, 2020, and further including the schedule or travel of any co-conspirator;

j. all bank records, checks, credit card bills, account information, and other financial records;

k. all communications related to drugs or firearms between or among FLORES and any co-conspirators, or among any other co-conspirators;

l. information pertaining to the purchase, sale, trade, transfer or possession of firearms or ammunition, including where such items are kept or stored; and

m. information relating to FLORES's state of mind on November 17, 2020, including his purpose and intent.

2. Evidence of user attribution showing who used or owned the **Target Device** at the time the things described in this warrant were created, edited, or deleted, such as logs, phonebooks, saved usernames and passwords, documents, and browsing history.

As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer or electronic storage (such as flash memory or other media that can store data) and any photographic form.

APPLICATION FOR SEARCH WARRANT (REV. 03/13)

# UNITED STATES DISTRICT COURT
## for the District of Arizona

| In the Matter of the Search of
(Briefly describe the property to be searched or identify the person by name and address) | No. | **20 - 09043 MB** |
|---|---|---|
| One black LG cellular telephone seized from Luis Salvador FLORES on November 17, 2020 in Tucson, Arizona subsequent to his arrest

USAO#: 2020R13244 | | APPLICATION FOR SEARCH WARRANT |

I, Anthony Acosta, a federal law enforcement officer, request a search warrant and state under penalty of perjury that I have reason to believe that ☐ on the person of or ☒ on the premises known as *(name, description and/or location)*:

**See Attachment A.I., attached and incorporated by reference herein**

located in the District of Arizona there is now concealed *(identify the person or describe the property to be seized)*:

**See Attachment A.II., attached and incorporated by reference herein**

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☒ evidence of a crime;
☒ contraband, fruits of crime, or other items illegally possessed;
☒ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of 21 U.S.C. §§ 841, 843(b) & 846; and 18 U.S.C. §§ 922(g) & 924(c)

The application is based on these facts:

**See attached Affidavit incorporated by reference herein.**

Reviewed by AUSA Michael R. Lizano (*MRL*)
*AUSA printed last name and inked initials*

Sworn to before me and signed telephonically.

12/11/20
*Date*

Tucson, Arizona
*City and State*

Anthony Acosta, DEA Special Agent
*Printed name and title*

D. Thomas Ferraro, United States Magistrate Judge
*Printed name and title*