IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF ONE BLACK LG CELLULAR TELEPHONE SEIZED FROM LUIS SALVADOR FLORES ON NOVEMBER 17, 2020 IN TUCSON, ARIZONA SUBSEQUENT TO HIS ARREST<br><br>USAO#: 2020R13244 | No. 20-09043MB (DTF)<br><br>ORDER TO UNSEAL FILE AND SEAL AFFIDAVIT UNTIL FURTHER ORDER OF THE COURT<br><br>(Informer's Privilege) |

Upon motion of the United States of America, good cause having been shown:

IT IS ORDERED that the above-captioned case is unsealed.

IT IS FURTHER ORDERED that the warrant AFFIDAVIT is sealed until further order of the Court. The Court specifically finds that protection of the life and safety of a source of information provides a compelling reason to keep this document under seal.

IT IS FURTHER ORDERED that the government is authorized to make disclosure of the sealed search warrant materials to defendant's counsel pursuant to Fed R. Crim. P. 16 or by disclosure agreement between the parties, without further order of the court, in any criminal proceedings in which they may be relevant. Because the documents are under seal, defense counsel is prohibited from further disseminating any search warrant materials provided pursuant to this order.

Dated this 3rd day of June, 2022.

_____
D. Thomas Ferraro
United States Magistrate Judge

| | |
|---|---|
| GARY M. RESTAINO | |
| United States Attorney | |
| District of Arizona | |
| MICHAEL R. LIZANO | |
| Assistant U.S. Attorney | |
| United States Courthouse | |
| 405 W. Congress Street, Suite 4800 | |
| Tucson, Arizona 85701 | |
| Telephone: 520-620-7300 | |
| Michael.perez-lizano@usdoj.gov | |
| Attorneys for Plaintiff | |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF ONE BLACK LG CELLULAR TELEPHONE SEIZED FROM LUIS SALVADOR FLORES ON NOVEMBER 17, 2020 IN TUCSON, ARIZONA SUBSEQUENT TO HIS ARREST<br><br>USAO#: 2020R13244 | No. 20-09043MB (DTF)<br><br>MOTION TO UNSEAL FILE AND SEAL AFFIDAVIT UNTIL FURTHER ORDER OF THE COURT<br><br>(Informer's Privilege) |

Now comes the United States of America, by its undersigned attorneys, and moves to unseal the above-captioned case, and seal the search warrant AFFIDAVIT in the above-captioned matter until further order of the Court. The AFFIDAVIT contains information that, if revealed, would tend to reveal the identity of a source of information ("SOI"), potentially jeopardizing his/her life and physical safety. *See United States v. Custer Battlefield*, 658 Fed. 3d 1188, 1195 fn. 5 (9th Cir. 2011); *cf. United States v. Roviaro*, 353 U.S. 53, 60-61 (1957) (defendant's need for information must be balanced against the value of ensuring the safety of informants).

On December 11, 2020, United States Magistrate Judge D. Thomas Ferraro, District of Arizona, authorized a warrant to search the contents of the above-described cellular telephone. The warrant was returned to the Court on December 16, 2020. The original warrant authorized an initial sealing period of 180 days. Two additional motions to extend the sealing period in 180-day increments were filed; the most recent sealing order issued on or about December 7, 2021. This sealing period expires on or about June 5, 2022.

The AFFIDAVIT contains information provided by an SOI whose safety may be compromised if his/her identity and information are publicly revealed.

WHEREFORE, the United States of America respectfully requests that this Court order the file unsealed, but order that the AFFIDAVIT be sealed until further order of the court.

THE UNITED STATES OF AMERICA FURTHER REQUESTS, without further motion to this court, authorization to disclose the sealed search warrant materials, or a redacted version of them, to defendant's counsel pursuant to Fed. R. Crim. P. 16 or by disclosure agreement between the parties, in any criminal proceedings in which these sealed search warrant materials may be relevant.

Respectfully submitted this 2nd day of June, 2022.

GARY M. RESTAINO  
United States Attorney  
District of Arizona  

/s/ Michael R. Lizano

MICHAEL R. LIZANO  
Assistant U.S. Attorney